Entered on Docket June 16, 2020

**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In Re: )         NO.  20-40491-BDL
                                            )
JOEY JASON WEINKAUF,           )         ORDER DENYING MOTION TO
                                            )         CONFIRM PLAN
                        Debtor.           )

## <u>ORDER</u>

**THIS MATTER** having come on regularly before the above entitled Court on the 11th day of

June, 2020, Michael G. Malaier, Chapter 13 Trustee, and Travis A. Gagnier, Attorney for the Debtor,

having appeared telephonically,  the Court having reviewed the records and files herein and having heard

argument of Counsel, it is hereby:

**ORDERED, ADJUDGED and DECREED** that the Motion to Confirm Plan is hereby is

**DENIED**.

**ORDERED, ADJUDGED and DECREED** that the debtor shall file an  amended plan no later

than 14 days from the date of entry of this order and that the debtor note said amended plan for

Michael G. Malaier
Chapter 13 Trustee
2122 Commerce
Tacoma, WA  98402
(253) 572-6600

Order Denying Motion to Amend/Modify Chapter 13 Plan - 1

hearing with the requisite notice as required by Fed. R. Bankr. P. 2002(b) on the next available Chapter 13 Motion Calendar; It is further

      **ORDERED, ADJUDGED and DECREED** that failure to file an amended, chapter 13 plan and notice it for hearing in accordance with the terms of this Order may result in the Trustee submitting an order dismissing this chapter 13 proceeding, **without further notice;**

      **ORDERED, ADJUDGED and DECREED** that the Trustee's Office shall file a proof of service verifying notice of this order was given to the debtor, debtor's counsel and any other party requesting notice.


///End of Order///


Presented by:

_Michael Malaier_ (signature)

_____
Michael G. Malaier, Chapter 13 Trustee

Michael G. Malaier<br>
Chapter 13 Trustee<br>
2122 Commerce<br>
Tacoma, WA  98402<br>
(253) 572-6600

Order Denying Motion to Amend/Modify Chapter 13 Plan - 2