Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Case No.: 20−40491−BDL
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joey Jason Weinkauf
aka Joe Jason Weinkauf
19902 SR 410 E
Bonney Lake, WA 98391

Social Security / Individual Taxpayer ID No.:
xxx−xx−7869

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **July 10, 2020 for Joey Jason Weinkauf, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: July 10, 2020

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court